GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Sunrise Villas Condominium Homeowners Association*

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 25 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE, FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; Does 1 through 10; and Roe Corporations 1 through 10,<br><br>Defendants. | Case No.: 3:18-cv-00480-HDM-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT FOR QUIET TITLE**<br><br>*[First Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff, U.S. Bank Trust, N.A., as Trustee, for LSF8 Master Participation Trust ("USB"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Sunrise Villas Condominium Homeowners Association (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, to extend the deadline for the Association to answer or otherwise respond to USB's Complaint up-to-and-including November 19, 2018.

USB filed its Complaint on or about October 8, 2018, and the Association was served on or about October 16, 2018. The deadline for the Association to file its responsive pleading to the Complaint is currently on November 6, 2018.

USB and the Association (collectively referred to as the "Parties") stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-and-including November 19, 2018. The Association has tendered the above-entitled matter to its insurance carrier and is requesting this extension in part to allow time for a determination of whether other defense counsel will be retained on behalf of the Association. Additionally, the undersigned counsel for the Association is out of the country from October 19, 2018 through November 5, 2018. Therefore, good cause exists for the extension.

This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 22nd day of October, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Gayle A. Kern, Esq. for*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant Sunrise Villas Condominium Homeowners Association*

DATED this 24th day of October, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Rock K. Jung, Esq.*
ROCK K. JUNG, ESQ.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Plaintiff U.S. Bank*

///

///

///

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 10/25/2018

## ORDER

***IT IS SO ORDERED.***

DATED this ____ day of October 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Gayle A. Kern, Esq. for*
KAREN M. AYARBE, ESQ.
GAYLE A. KERN, ESQ.
*Attorneys for Defendant Sunrise Villas*
*Condominium Homeowners Association*

## CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT FOR QUIET TITLE* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| **ROCK K. JUNG** | rjung@wrightlegal.net<br>dhuckaby@wrightlegal.net<br>NVefile@wrightlegal.net |
| **EDGAR C. SMITH** | esmith@wrightlegal.net<br>tsessions@wrightlegal.net<br>NVefile@wrightlegal.net |

DATED this 24th day of October 2018.

/s/ Christine A. Lamia
An Employee of Leach Kern Gruchow Anderson Song