GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Sunrise Villas Condominium Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE, FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; Does 1 through 10; and Roe Corporations 1 through 10,<br><br>Defendants. | Case No.: 3:18-cv-00480-HDM-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT**<br><br>*[Second Request]* |

*IT IS HEREBY STIPULATED* between Plaintiff, U.S. Bank Trust, N.A., as Trustee, for LSF8 Master Participation Trust ("USB"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Sunrise Villas Condominium Homeowners Association (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, to extend the deadline for the Association to answer or otherwise respond to USB's Complaint up-to-and-including December 10, 2018.

USB filed its Complaint on or about October 8, 2018, and the Association was served on or about October 16, 2018. Pursuant to a stipulated extension approved by the Court on October 25, 2018 (DE 7), the current deadline for the Association to file its responsive pleading to the Complaint is currently on November 19, 2018.

USB and the Association (collectively referred to as the "Parties") stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-and-including December 10, 2018. The Association has tendered the above-entitled matter to its insurance carrier and is still awaiting a determination of whether other defense counsel will be retained on behalf of the Association. In the interim, counsel for the Parties are engaged in good faith settlement discussions, and Association counsel must confer with the Board regarding such discussions. The next Board meeting is scheduled for December 3, 2018. Therefore, good cause exists for a second extension in order to allow time with respect to the insurance tender, and in light of the pending Board meeting on December 3, 2018.

This is the second request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 16th day of November, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant Sunrise Villas Condominium Homeowners Association*

DATED this 16th day of November, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Rock K. Jung, Esq.*
ROCK K. JUNG, ESQ.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for Plaintiff U.S. Bank*

///

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 11/27/2018

## ORDER

*IT IS SO ORDERED.*

DATED this ____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Defendant, Sunrise Villas Condominium Homeowners Association*

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

| | |
|---|---|
| **ROCK K. JUNG** | rjung@wrightlegal.net |
| | dhuckaby@wrightlegal.net |
| | NVefile@wrightlegal.net |
| **EDGAR C. SMITH** | esmith@wrightlegal.net |
| | tsessions@wrightlegal.net |
| | NVefile@wrightlegal.net |

DATED this 19th day of November 2018.

/s/ Christine A. Lamia
An Employee of Leach Kern
Gruchow Anderson Song