**GAYLE A. KERN, ESQ.**
Nevada Bar No. 1620
**KAREN M. AYARBE, ESQ.**
Nevada Bar No. 3358
**LEACH KERN GRUCHOW**
**ANDERSON SONG**
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Sunrise Villas Condominium Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE, FOR LSF8 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; Does 1 through 10; and Roe Corporations 1 through 10, <br><br> Defendants. | Case No.: 3:18-cv-00480-HDM-CBC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT** <br><br> *[Third Request]* |

    ***IT IS HEREBY STIPULATED*** between Plaintiff, U.S. Bank Trust, N.A., as Trustee, for LSF8 Master Participation Trust ("USB"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Sunrise Villas Condominium Homeowners Association (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, to extend the deadline for the Association to answer or otherwise respond to USB's Complaint up-to-and-including January 7, 2019.

    USB filed its Complaint on or about October 8, 2018, and the Association was served on or about October 16, 2018. Per stipulated extensions approved by the Court (DE 7 and DE 9),

1   the current deadline for the Association to file its response to the Complaint is December 10,

2   2018.

3       USB and the Association (collectively referred to as the "Parties") stipulate and agree to

4

5   extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-

6   and-including January 7, 2019. The Association tendered this matter to its insurance carrier and

7   has only been advised this week that the tender has been denied. In addition, counsel for the

8   Parties are engaged in good faith settlement discussions; offers have been exchanged. Association

9
    counsel must continue to confer with the Association's volunteer Board regarding settlement
10

11  authority.  Given the upcoming holiday season, the Board is not scheduled to meet again until on

12  or about January 3, 2019.  As such, obtaining additional authority, if necessary, from a volunteer

13  board may be logistically difficult.  Therefore, good cause exists for a third extension to allow

14
    time for counsel to negotiate and confer, as needed, with their respective clients throughout the
15

16  holiday season.

17      This is the third request for an extension of time with respect to this matter and is not

18  intended to cause delay or prejudice to any party.

19      DATED this 10th day of December, 2018.    DATED this 10th day of December, 2018.

20  *LEACH KERN GRUCHOW*                           *WRIGHT, FINLAY & ZAK, LLP*
    *ANDERSON SONG*
21

22  */s/ Karen M. Ayarbe, Esq.*                    */s/ Rock K. Jung, Esq.*
    KAREN M. AYARBE, ESQ.                          ROCK K. JUNG, ESQ.
23  Nevada Bar No. 3358                            Nevada Bar No. 10906
24  5421 Kietzke Lane, Ste. 200                    7785 W. Sahara Ave., Suite 200
    Reno, NV 89511                                 Las Vegas, NV 89117
25  Tel: (775) 324-5930                            Tel: (702) 475-7964
    *Attorneys for Defendant Sunrise Villas*       *Attorneys for Plaintiff U.S. Bank*
26  *Condominium Homeowners Association*

27  ///

28
                                                   IT IS SO ORDERED

                                                   _____
                                                   U.S. MAGISTRATE JUDGE

                                                   DATED: 12/12/2018

## ORDER

*IT IS SO ORDERED.*

DATED this _____ day of December 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Defendant, Sunrise Villas*
*Condominium Homeowners Association*

## CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT (Third Request)* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

|  |  |
|---|---|
| **ROCK K. JUNG** | rjung@wrightlegal.net |
| | dhuckaby@wrightlegal.net |
| | NVefile@wrightlegal.net |
| | |
| **EDGAR C. SMITH** | esmith@wrightlegal.net |
| | tsessions@wrightlegal.net |
| | NVefile@wrightlegal.net |

DATED this 10th day of December 2018.

*/s/ Christine A. Lamia*
An Employee of Leach Kern
Gruchow Anderson Song