GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
LEACH KERN GRUCHOW
ANDERSON SONG
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com

*Attorneys for Sunrise Villas Condominium Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE, FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; Does 1 through 10; and Roe Corporations 1 through 10,<br><br>Defendants.<br>_____/ | Case No.: 3:18-cv-00480-HDM-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT**<br><br>*[Fourth Request]* |

***IT IS HEREBY STIPULATED*** between Plaintiff, U.S. Bank Trust, N.A., as Trustee, for LSF8 Master Participation Trust ("USB"), by and through its counsel, Wright, Finlay & Zak, LLP, and Defendant, Sunrise Villas Condominium Homeowners Association (the "Association"), by and through its counsel Leach Kern Gruchow Anderson Song, to extend the deadline for the Association to answer or otherwise respond to USB's Complaint up-to-and-including January 29, 2019.

USB filed its Complaint on or about October 8, 2018, and the Association was served on or about October 16, 2018. USB and the Association (collectively referred to as the "Parties") have filed three previous Stipulations and Orders to Extend Deadline for Sunrise Villas Condominium Homeowners Association to Respond to Complaint ("SAO") on October 24, 2018 (*see* Doc# 6), on November 18, 2018 (*see* Doc# 8), and on December 10, 2018 (*see* Doc# 10). The Court granted each of the above-referenced SAOs and entered the accompanying Orders on October 25, 2018 (*see* Doc# 7), on November 27, 2018 (*see* Doc# 9), and on December 12, 2018 (*see* Doc# 11). Pursuant to the last Order Granting SAO (Doc# 11), the current deadline for the Association to file its response to USB's Complaint is January 7, 2019.

The Parties stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint through January 29, 2019. Settlement negotiations have been continuing in good faith and offers have been made but due to the recent holiday season where the parties and undersigned counsel were out of town, negotiations have been delayed more than originally anticipated but have resumed and continue to proceed in good faith. The undersigned are genuinely attempting to settle this matter without incurring further fees and costs to their respective clients or burdening the judicial resources of this Court. Therefore, good cause exists for a fourth extension to allow time for counsel to review, analyze, negotiate and confer, as

///

///

///

///

///

///

needed, with their respective clients to secure a settlement. This fourth request for an extension of time with respect to this matter is not intended to cause delay or prejudice to any party.

DATED this 7th day of January, 2019.                DATED this 7th day of January, 2019.

**LEACH KERN GRUCHOW**                              **WRIGHT, FINLAY & ZAK, LLP**
**ANDERSON SONG**

*/s/ Karen M. Ayarbe, Esq.*                          */s/ Rock K. Jung, Esq.*
KAREN M. AYARBE, ESQ.                               ROCK K. JUNG, ESQ.
Nevada Bar No. 3358                                 Nevada Bar No. 10906
5421 Kietzke Lane, Ste. 200                         7785 W. Sahara Ave., Suite 200
Reno, NV 89511                                      Las Vegas, NV 89117
*Attorneys for Defendant*                           *Attorneys for Plaintiff*

## ORDER

***IT IS SO ORDERED.***

DATED this 30th day of January 2019.

_____
United States Magistrate Judge

*Respectfully Submitted By:*

*/s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: kayarbe@lkglawfirm.com
*Attorneys for Defendant, Sunrise Villas Condominium Homeowners Association*

## CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

ROCK K. JUNG
rjung@wrightlegal.net
dhuckaby@wrightlegal.net
NVefile@wrightlegal.net

EDGAR C. SMITH
esmith@wrightlegal.net
tsessions@wrightlegal.net
NVefile@wrightlegal.net

DATED this 7th day of January 2019.

/s/ Christine A. Lamia
An Employee of Leach Kern Gruchow Anderson Song