WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
*as Trustee for LSF8 Master Participation Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; ; DOES I-X inclusive; and ROE Corporations I-X inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00480-HDM-CBC<br><br>**CASE MANAGEMENT REPORT** |

PLEASE TAKE NOTE that Plaintiff, U.S. Bank National Association as Trustee for LSF8 Master Participation Trust ("Plaintiff" or "U.S. Bank""), by and through its counsel of record, Robert A. Riether, Esq. and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP; Defendants Sunrise Villas Condominium Homeowners Association (hereinafter "Sunrise") by and through their attorneys of record Gayle A. Kern, Esq. and Karen M. Ayarbe, Esq. of the law firm of Leach Kern Gruchow Anderson Song (collectively, the "Parties") give notice that they are presently finalizing the full and final settlement of all claims. Pursuant to the Minute Order [ECF No. 21], the Court set a June 3, 2019, deadline for the Parties to file the stipulation to dismiss this action with prejudice. The finalization of said settlement, however, has been delayed due to unforeseen circumstances including, but not limited to, counsel for Plaintiff

having to travel out of country for a personal emergency. The parties respectfully request that the Court allow the parties an additional 45 days to July 18, 2019, to file the stipulation to dismiss this action with prejudice.

Dated this 3rd day of June, 2019

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq.
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

Dated this 3rd day of June, 2019

LEACH KERN GRUCHOW ANDERSON SONG.

/s/ Karen M. Ayarbe, Esq.
Gayle A. Kern, Esq.
Nevada Bar No. 1620
Karen M. Ayarbe, Esq.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Sunrise Villas Condominium Homeowners Association*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 6/4/2019