WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
*as Trustee for LSF8 Master Participation Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, | Case No.: 3:18-cv-00480-HDM-CBC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a domestic non-profit coop corporation without stock; ; DOES I-X inclusive; and ROE Corporations I-X inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, U.S. Bank National Association as Trustee for LSF8 Master Participation Trust ("Plaintiff" or "U.S. Bank""), through its counsel of record, Robert A. Riether, Esq. and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP, and Defendant Sunrise Villas Condominium Homeowners Association (hereinafter "Association"), through its counsel of record Gayle A. Kern, Esq. and Karen M. Ayarbe, Esq. of the law firm of Leach Kern Gruchow Anderson Song (collectively, the "Parties"), for dismissal of this action as follows:

1.  This action concerns title to real property commonly known as 1008 Baywood Drive, #C, Sparks, Nevada 89434 ("Property") following a homeowner's association NRS Chapter 116 foreclosure sale conducted on August 23, 2010, with respect to the Property.

2.  As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property on or about August 1, 2007, in the Official Records of Washoe County, Nevada as Washoe County Recorder's Office No. 3561093 ("Deed of Trust"), and in particular, whether the Deed of Trust continued to encumber the Property.

3.  This Stipulation and Order for Dismissal with Prejudice is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action.

4.  The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims between them with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

| Dated this 5th day of August, 2019 | Dated this 5th day of August, 2019 |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LEACH KERN GRUCHOW ANDERSON SONG. |
| */s/ Rock K. Jung, Esq.*_____ | |
| Robert A. Riether, Esq. | */s/ Karen M. Ayarbe, Esq.*_____ |
| Nevada Bar No. 12076 | Gayle A. Kern, Esq. |
| Rock K. Jung, Esq. | Nevada Bar No. 1620 |
| Nevada Bar No. 10906 | Karen M. Ayarbe, Esq. |
| 7785 W. Sahara Ave., Suite 200 | Nevada Bar No. 3358 |
| Las Vegas, Nevada 89117 | 5421 Kietzke Lane, Suite 200 |
| *Attorneys for Plaintiff, U.S. Bank Trust,* | Reno, Nevada 89511 |
| *N.A., as Trustee for LSF8 Master* | *Attorneys for Sunrise Villas Condominium* |
| *Participation Trust* | *Homeowners Association* |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by and between the Parties, and good cause appearing,

*IT IS HEREBY ORDERED* that any and all remaining claims between the parties are dismissed ***with prejudice***, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  August 8, 2019